UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT E. LEVY, | No. 2:13-cv-02643-KJM-CKD |
| Plaintiff, | |
| v. | ORDER |
| COUNTY OF ALPINE; PAMELA KNORR; TOM SWEENEY; DONALD JARDINE; PHILLIP BENNETT; NANCY THORNBURG; and DOES 1 through 50 Inclusive, | |
| Defendants. | |

      On September 15, 2015, the parties filed a stipulation and request to extend deadlines for the completion of expert discovery in this case. ECF No. 21.

      As currently ordered, all discovery must be completed by November 9, 2015; expert witnesses must be designated by November 20, 2015; rebuttal experts are to be disclosed by December 11, 2015, and all expert discovery is to be completed by January 11, 2016. Status (Pretrial Scheduling) Order, ECF No. 13. The defendants' expect to move for summary judgment soon after non-expert discovery is completed, noticing a hearing for December 18, 2015. Stip. at 2. They request an extension of the deadlines for expert discovery to allow some time for issuance of an order on the expected motion for summary judgment. *Id.*

1

1         The court approves in concept the requested delay of expert discovery until
2 resolution of any summary judgment motion, but denies the stipulated request without prejudice.
3 Upon noticing and filing of a motion for summary judgment, the parties may request that the case
4 schedule be stayed, with subsequent dates vacated pending resolution of the motion for summary
5 judgment.
6         IT IS SO ORDERED.
7 DATED: September 17, 2015.

_____
UNITED STATES DISTRICT JUDGE