Douglas E. Watts, SBN 182274
**WATTS LAW OFFICES**
193 Blue Ravine Rd., Suite 100
Folsom, CA 95630
Telephone: (916) 673-9008
Facsimile: (916) 404-5031
E-mail: dwatts@wattslaw-norcal.com

Attorneys for Plaintiff
ROBERT E. LEVY

    Law Offices of
**TONON & ASSOCIATES**
  Post Office Box 2536
 Truckee, California 96160
    Tel. (530) 587-0333
    Fax. (530) 587-1545
Gayle K. Tonon, Esq. (SBN 110427)

Attorneys for Defendant: County of Alpine

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROBERT E. LEVY, <br><br> Plaintiff, <br><br> vs. <br><br> COUNTY OF ALPINE; PAMELA KNORR; TOM SWEENEY; DONALD JARDINE; PHILLIP BENNETT; NANCY THORNBURG; and DOES 1 through 50 Inclusive, <br><br> Defendants. | Case No. 2:13-cv-02643-KJM-CKD <br><br> **STIPULATION TO SET CASE FOR SETTLEMENT CONFERENCE BEFORE THE HON. KIMBERLY J. MUELLER AND JOINT WAIVER OF DISQUALIFICATION OF TRIAL JUDGE; ORDER** <br><br> COMPLAINT FILED: 12/20/2013 <br> TRIAL DATE: 7/11/2016 |

IT IS HEREBY STIPULATED by and between the parties to this action, Plaintiff ROBERT E. LEVY on the one hand, and Defendant COUNTY OF ALPINE on the other, by and through their designated counsel, that this case be set for a Settlement Conference at the earliest available date in accordance with the Court's instruction in

1  its Status (Pretrial Scheduling) Order (Doc. 13), P. 8, subheading
2  "X. Settlement Conference."
3      The parties do hereby further stipulate to allow the trial
4  judge, the Hon. Kimberly J. Mueller, to act as settlement judge and
5  agree to waive disqualification of Judge Mueller by virtue of her
6  presiding over the Settlement Conference.
7      It is so stipulated:

Dated: April 12, 2016                **WATTS LAW OFFICES**

                                              /s/ Douglas E. Watts
                                     By: _____
                                         DOUGLAS E. WATTS, ESQ.
                                         Attorney for Plaintiff,
                                         ROBERT E. LEVY

Dated: April 14, 2016                **TONON & ASSOCIATES**

                                              /s/ Gayle K. Tonon
                                     By: _____
                                         GAYLE K. TONON, ESQ.
                                         Attorney for Defendant
                                         COUNTY OF ALPINE

ORDER

The court is in receipt of the parties' stipulated motion for settlement conference, waiving a conflict as to the trial judge serving as the settlement judge, ECF No. 50. The Settlement Conference is SET for May 5, 2016 at 1:00P.M. in Courtroom 3 before Judge Kimberly J. Mueller. The parties are ORDERED to submit settlement conference statements by 12:00P.M. on April 28, 2016. The parties shall submit their statements to the court using the following email address: kjmorders@caed.uscourts.gov., with a Notice of the filing on the docket pursuant to Local Rule 270.

IT IS SO ORDERED.

DATED: April 19, 2016.

_____
UNITED STATES DISTRICT JUDGE

STIPULATION TO SET CASE FOR SETTLEMENT CONFERENCE AND JOINT WAIVER OF DISQUALIFICATION – *LEVY v. COUNTY OF ALPINE*