Law Offices of
**TONON & ASSOCIATES**
Post Office Box 2536
Truckee, California 96160
Tel. (530) 386-1221
Gayle K. Tonon, Esq. (SBN 110427)

Attorneys for Defendant:
County of Alpine

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROBERT E. LEVY, | Case No. 2:13-cv-02643-KJM-CKD |
| Plaintiff, | **STIPULATION AND ORDER SHORTENING TIME** |
| vs. | |
| COUNTY OF ALPINE; PAMELA KNORR; TOM SWEENEY; DONALD JARDINE; PHILLIP BENNETT; NANCY THORNBURG; and DOES 1 through 50 Inclusive, | COMPLAINT FILED: 12/20/2013<br>TRIAL DATE: 08/15/2016 |
| Defendants. | |

COME NOW the parties to the within action by and through their respective attorneys of record and Stipulate as follows:

That the Motion to Withdraw and vacate and/or continue the Trial date of August 15, 2016, filed on behalf of counsel representing the Defendant, COUNTY OF ALPINE, may give shortened notice with a filing date of Monday, July 11, 2016, and a hearing date of Friday, July 15, 2016, or July ____, 2016, as the Court desires;

That Plaintiff's counsel will have until Thursday, July 14, 2016, to file any Opposition to the Motion; and

---

-1-

STIPULATION AND ORDER SHORTENING TIME

That any Reply to the Opposition, if necessary and appropriate, will be addressed at the hearing on the Motion to Withdraw and vacate and/or continue the Trial date.

SO STIPULATED:

Dated: July 11, 2016          **WATTS LAW OFFICES**

                              By: _/s/Douglas E. Watts_____
                                  DOUGLAS E. WATTS, ESQ.
                                  Attorney for Plaintiff,
                                  ROBERT E. LEVY

Date:  July 11, 2016          **TONON & ASSOCIATES**

                              By: _/s/Gayle K. Tonon_____
                                  GAYLE K. TONON, ESQ.
                                  Attorney for Defendant,
                                  COUNTY OF ALPINE

**ORDER**

Good cause appearing, the court APPROVES the parties' stipulation to shorten time.  The court sets a telephonic hearing on defendant's motion to withdraw and request to continue trial (ECF No. 74) for **July 15, 2016 at 11:00 a.m.** in Courtroom 3 before District Judge Kimberly J. Mueller.  Plaintiff shall file an opposition to the motion, if any, no later than close of business on **July 14, 2016**.  Any reply to the opposition will be addressed at the hearing.  Conference call instructions will be emailed to counsel.

IT IS SO ORDERED.

Dated: July 12, 2016

                                          _____
                                          UNITED STATES DISTRICT JUDGE

(COA1401)P071116.StipOST