Douglas E. Watts, SBN 182274
**WATTS LAW OFFICES**
193 Blue Ravine Rd., Suite 100
Folsom, CA 95630
Telephone:   (916) 673-9008
Facsimile:    (916) 404-5031
E-mail: dwatts@wattslaw-norcal.com

Attorneys for Plaintiff ROBERT E. LEVY

Theodore D. Bolling, Jr. SBN 33326
Marjorie E. Manning, SBN 118643
**Bolling & Gawthrop**
8880 Cal Center Dr., Suite 190
Sacramento, CA 95825
Tel. (916) 369-0777
Fax. (916) 369-2698
E-mail: mem@bwg-inc.com

Attorneys for Defendant: County of Alpine

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT E. LEVY, | Case No.   **2:13-cv-02643-KJM-CKD** |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER CONTINUING CURRENTLY SCHEDULED TRIAL** |
| COUNTY OF ALPINE; PAMELA KNORR; TOM SWEENEY; DONALD JARDINE; PHILLIP BENNETT; NANCY THORNBURG; and DOES 1 through 50 Inclusive, | Trial Date:  **August 15, 2016**<br>Time:           **8:30 a.m.**<br><br>**Before The Hon. Kimberly J. Mueller** |
| Defendants. | |

It is hereby stipulated by and between the parties to this case, Plaintiff ROBERT E. LEVY on the one hand, and the COUNTY OF ALPINE on the other, that the trial in this matter currently scheduled to commence on August 15, 2016 shall be continued to the Court's early November trial calendar.

-1-

There is good cause for this continuance, as set forth in the accompanying Declaration of Plaintiff's Counsel Douglas E. Watts (**Ex. "A"** hereto).   This Stipulation is not being put forth for any improper purpose.

Dated:  August 1, 2016                                        **WATTS LAW OFFICES**

By: /s/ Douglas E. Watts
Douglas E. Watts, Esq.
Attorneys for Plaintiff

So stipulated.

Dated:  August 1, 2016                                        **BOLLING & GAWTHROP**

By: /s/ Marjorie E. Manning
Marjorie E. Manning, Esq.
Attorneys for Defendant COUNTY OF ALPINE

### ORDER

On August 1, 2016, the parties filed a joint stipulation requesting to continue the confirmed trial date of August 15, 2016, because plaintiff's counsel needs to care for his mother after her heart surgery on August 9, and because plaintiff's counsel has been experiencing his own health issues in recent weeks.  ECF No. 84.  The court held a telephonic status conference with the parties on August 3, at which plaintiff's counsel provided additional details about the situation.[1]

While the court is reluctant to continue the trial so close to the confirmed trial date, it finds plaintiff has shown good cause.  The court therefore GRANTS the parties' request to continue and VACATES the trial set for August 15, 2016.  The parties are

---

[1] A portion of the hearing was held in camera.

1 directed to contact the Courtroom Deputy to confirm the first available new trial date,
2 which will likely be much later than the requested November date.
3     IT IS SO ORDERED.
4 DATED: August 4, 2016

6     UNITED STATES DISTRICT JUDGE