UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

ROBERT E. LEVY,

    Plaintiff,

    v.

COUNTY OF ALPINE, et al.,

    Defendants.

No. 2:13-CV-02643-RHW-DB

**ORDER REAFFIRMING DEADLINES**

The Court held a telephone hearing on March 21, 2017, to set a trial date and discuss pretrial issues. Douglas Watts appeared on behalf of Plaintiff Robert E. Levy, and Marjorie Manning and Theodore Bolling appeared on behalf of Defendant County of Alpine.

During the hearing, Defendant represented that several pretrial deadlines had elapsed with which Plaintiff had not complied. Upon review of the docket, the Court notes that the only pretrial deadlines are contained with the Final Pretrial Order issued June 8, 2016. ECF No. 64. These deadlines are related to the actual

**ORDER REAFFIRMING DEADLINES - 1**

trial date, rather than established calendar dates, and because the trial date is set for April 17, 2017, the majority of these pretrial deadlines have not lapsed.

Accordingly, **it is ORDERED**:

1. The Court adopts the pretrial deadlines set forth in the Final Pretrial Order. ECF No. 64. To the extent filings have been made, the parties need not file again.

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order.

**DATED** this 22nd day of March, 2017.

*s/Robert H. Whaley*
ROBERT H. WHALEY
Senior United States District Judge