UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

ROBERT E. LEVY,

    Plaintiff,

    v.

COUNTY OF ALPINE, et al.,

    Defendants.

No.  2:13-CV-02643-RHW-DB

**ORDER CORRECTING ERROR**

On April 6, 2017, the Court issued an order on various pretrial matters. ECF No. 127. Among the matters discussed were Defendant's objections to Plaintiff's Designation of Deposition Transcripts in Lieu of Live Testimony. *Id.* at 4-5. In the Order, the Court overruled "the objections to [Kris] Hartnett's deposition testimony found at page/line 38:4-8 . . ." *Id.* at 5. Following the issuance of the Order, counsel for both parties acknowledged that the wrong citation in Mr. Hartnett's deposition was cited. However the language was correctly identified, so the Court finds no harm occurred.

**ORDER CORRECTING ERROR -** 1

1    The Court issues this Order and **CORRECT** the citation "page/line 38:4-8"

2  to "page/line38:18-24" in ECF No. 127.

3    **IT IS SO ORDERED.** The District Court Executive is directed to enter this

4  Order.

5    **DATED** this 13th day of April, 2017.

6              *s/Robert H. Whaley*
                ROBERT H. WHALEY
7            Senior United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

**ORDER CORRECTING ERROR -** 2